STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOSEPH R. PAYER, DEFENDANT-PETITIONER.

*Mr. Norman Fischbein* and *Mr. Richard B. McGlynn,* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Robert L. Podvey,* for the respondent.

January 27, 1970. Denied.

ISLAND DYERS CORP., *ET AL.*, PLAINTIFFS-PETITIONERS, v. VICTOR BOYAJIAN, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Gross & Gross,* for the petitioners.

*Mr. Herbert F. Savoye, Jr.,* for the respondents.

January 27, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. NERMIAH HOBBS, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Joel I. Bergman,* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Robert L. Podvey,* for the respondent.

January 27, 1970. Denied.